UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Ledge Lounger, Inc.,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**Global Lift Corp.**<br> **d/b/a Global Pool Products,**<br><br>   **Defendant.** | Case No. 4:23-cv-04258<br><br>Jury Trial Demanded |

## PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES

 The Court's November 13, 2023 Order for Conference and Disclosure of Interested Parties directed each party to file:

  a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

ECF No. 4, at 2.

 Accordingly, Plaintiff Ledge Lounger, Inc. identifies the following entities:

 Ledge Lounger, Inc.
 SP L2 Holdings LLC


Dated:  November 27, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BANNER & WITCOFF, LTD.

　　　　　　　　　　　　　　　　　　By:  /s/ Scott A. Burow
　　　　　　　　　　　　　　　　　　　　Scott A. Burow (admitted in the Southern
　　　　　　　　　　　　　　　　　　　　District of Texas)
　　　　　　　　　　　　　　　　　　　　Attorney-In-Charge
　　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6242616
　　　　　　　　　　　　　　　　　　　　Southern District of Texas Bar No. 3468321
　　　　　　　　　　　　　　　　　　　　sburow@bannerwitcoff.com

BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Matthew P. Becker (*pro hac vice forthcoming*)
Illinois Bar No. 6255614
mbecker@bannerwitcoff.com
Christian T. Wolfgram (*pro hac vice forthcoming*)
Illinois Bar No. 6333565
cwolfgram@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 S. Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

ATTORNEYS FOR PLAINTIFF
LEDGE LOUNGER, INC.

## CERTIFICATE OF SERVICE

I certify that on November 27, 2023, a true and accurate copy of PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES was served on the following individuals via federal express.

    Joshua Steinman
    1330 Pigeon Road
    Bad Axe, Michigan 48413

                                              */s/ Scott A. Burow*
                                              Scott A. Burow
                                              Attorney for Plaintiff