IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LEDGE LOUNGER, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-04258 |
| § | |
| **GLOBAL LIFT CORP.,** § | |
| d/b/a **GLOBAL POOL PRODUCTS,** § | |
| § | |
| Defendant. § | |

**ORDER GRANTING DEFENDANT, GLOBAL LIFT CORP., d/b/a GLOBAL POOL PRODUCTS' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF LEDGE LOUNGER, INC.'S COMPLAINT**

On this day came on to be considered Defendant GLOBAL LIFT CORP., d/b/a GLOBAL POOL PRODUCTS' ("Global Pool" or "Defendant") Unopposed First Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff LEDGE LOUNGER, INC.'s ("Ledge Lounger" or "Plaintiff") Complaint and the Court having now reviewed said motion and having noted that the relief requested therein is unopposed by Plaintiff; the Court hereby **GRANTS** the motion. It is therefore,

**ORDERED** that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including December 20, 2023.

SIGNED this  5th  day of      December      , 2023.

HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE