United States District Court
Southern District of Texas

**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-04258 |
|---|---|---|---|

Ledge Lounger, Inc.

*versus*

Global Lift Corp.
d/b/a Global Pool Products

| | |
|---|---|
| Lawyer's Name | Matthew P. Becker |
| Firm | Banner & Witcoff, Ltd. |
| Street | 71 S. Wacker Drive, Suite 3600 |
| City & Zip Code | Chicago, IL 60606 |
| Telephone & Email | 312.463.5000, mbecker@bannerwitcoff.com |
| Licensed: State & Number | IL 6255614 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Ledge Lounger, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/11/2023 | Signed: | /s/ Matthew P. Becker |
|---|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 12/12/2023   Clerk's signature _____

### Order

This lawyer is admitted *pro hac vice*.

Dated: December 12, 2023

_____
United States District Judge