# EXHIBIT A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re Application of: | | Atty Docket No.: | 009169.00006 |
| | Ledge Lounger, Inc. | Law Office: | 104 |
| App. No.: | 88/600425 | Trademark Examining Attorney: | Angela Duong |
| Filed: | August 30, 2019 | | |
| For: | | | |

## SUPPLEMENTAL DECLARATION IN SUPPORT OF CLAIM FOR REGISTRATION UNDER §2(F) OF THE LANHAM ACT

The undersigned, Christopher Anderson, being duly sworn, declares as follows:

1. I am the Founder and Chief Executive Officer of Applicant and am authorized to execute this declaration on behalf of Applicant. This declaration is submitted in support of Applicant's claim for registration of the above-identified mark pursuant to Section 2(f) of the Lanham Act.

2. This declaration supplements my previous declaration, submitted in support of the Response to Office Action filed with the Trademark Office on June 10, 2020. As I previously stated, I am familiar with the use of the mark identified in the above-captioned application, which is used in association with Applicant's well-known lounge and outdoor furniture.

**Sales of Applicant's Signature Chaise**

3. Sales of Applicant's chaise product (which incorporates Applicant's mark) have continued to increase steadily since Applicant's previous Response to Office Action was filed. Applicant has now sold in excess of 73,000 units of goods bearing Applicant's mark through December 2020. At a cost of $659.00 per chaise, the result is over $48,000,000 of sales of goods bearing Applicant's mark. Since the release of its furniture bearing the mark in 2011, this chaise product has been the bestselling product for Applicant.

1

**Advertising and Marketing**

4. Applicant has continued its advertising campaigns featuring goods bearing the subject mark. Such efforts include distribution of 40,000 physical catalogs featuring the subject mark in addition to almost 11,000 views of its digital catalogs featuring the subject mark **in 2020 alone.** Examples of Applicant's more recent paid advertisements are attached as Exhibits 1-2.

5. In addition to our own marketing efforts, our dealers continue to advertise our goods bearing the subject mark in their showrooms. Exhibits 3-4 identify examples of such advertisements.

6. Unsolicited media coverage continues to be and has also been extensive, further expanding awareness of Applicant's products with consumers. This includes product placement in design features, third party social media posts, music videos, and third-party commercials. Examples of these unpaid advertisements are included as Exhibits 5-46.

7. Some of the unsolicited media attention consists of blog posts written about Applicant and its furniture products. Examples of blog posts acknowledging Applicant and its mark are attached as Exhibits 47-49.

**Source Recognition**

8. A direct result of the paid and unpaid advertising is the considerable increase in traffic to Applicant's website. Users of Applicant's website have increased from 269,217 in 2019 to 521,033 in 2020. This considerable and significant interaction shows that the public recognizes Applicant as the source of the mark.

9. For the reasons explained above and in my previous declaration, I believe Applicant's mark is recognized by the public as a trademark for Applicant's products and has become distinctive of Applicant's products as a result of Applicant's widespread, substantially exclusive, and continuous use of the mark for more than five years.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of this application or any resulting registration, declares that the facts set forth in this application and declaration are true; all statements made of his knowledge are true; and all statements made on information and belief are believed to be true.

Date: 1/7/2021

Ledge Lounger, Inc.

By: _____

Name: Christopher Anderson

Title: Founder and Chief Executive Officer

Attachments:
Index of Exhibits
Exhibits 1-49

2