# EXHIBIT B

🔒 **PageVault**

| | |
|---|---|
| Document title: | Global |
| Capture URL: | https://tps.heritagepoolplus.com/brands/global |
| Page loaded at (UTC): | Wed, 07 Feb 2024 18:32:21 GMT |
| Capture timestamp (UTC): | Wed, 07 Feb 2024 18:33:25 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | mfZDWH4p1AYTBi5A1GRSds |
| User: | banner-cking |

PDF REFERENCE #:    pWzvugpxXJNptA5AD1gEx8

  

Shop Products ▾   Parts   Brands ▾                                       Find a Branch   Tutorials   POWERED BY HERITAGE+

Home / Global

# Global

## Filters

**Brand** ▾
- ☐ Global — 93

**Product Type** ▾
- ☐ Diving Boards — 1
- ☐ Handrail — 31
- ☐ Ladder — 4
- ☐ Ladder Accessories — 1
- ☐ Slides — 10

**Series/Model** ▾
**Board Size** ▾
**Color** ▾
**Direction** ▾
**Number of Bends** ▾
**Pool Type** ▾
**Sport** ▾
**Tubing Thickness** ▾

SORT BY: Position
PER PAGE: 20

1 - 20 of 93 Items

Add (0) Items to Cart



**Global 3 Tread Classic Ladder Polished .049" with Gray Heavy Duty…**
Part # GPPLDC493STSSG
MFG # GPP-LD-C49-3ST-SS-G
Login or Register to view pricing and availability
Add to Cart



**Global Tidal Wave Slide Left Turn Gray | GPPSTW-GREY-L**
Part # GPPSTWGREYL
MFG # GPPSTW-GREY-L
Login or Register to view pricing and availability
Add to Cart



**Global 3-Bend Dip To Water Handail with Welded Brace Polishe…**
Part # GPPRLC494BNDWBSS
MFG # GPPRLC494BND-WB-SS
Login or Register to view pricing and availability
Add to Cart



**Global Classic 2 Bend 5' Stair Rail Polished .049 | GPP-RL-C49-…**
Part # GPPRLC492BSR5SS
MFG # GPP-RL-C49-2BNDSR5-SS
Login or Register to view pricing and availability
Add to Cart



**Global Classic 2 Bend 4' Stair Rail Polished .049 Lower Leg Extended 1…**
Part # GPPRLC492BSRSSL
MFG # GPP-RL-C49-2BNDSR-SS-L
Login or Register to view pricing and availability
Add to Cart



**Global Classic 3 Bend 4' Stair Rail Polished .049 Lower Leg…**
Part # GPPRLC493BSR4SSL
MFG # GPP-RL-C49-3BNDSR4-SS-L
Login or Register to view pricing and availability
Add to Cart



**Global Classic 3 Bend 4' Stair Rail Polished .065 Marine Grade |…**
Part # GPPRLC653BSR4SS
MFG # GPP-RL-C65-3BNDSR4-SS
Login or Register to view pricing and availability
Add to Cart



**Global Classic 3 Bend Dip To Water Handrail Polished .065 | GPP-…**
Part # GPPRLC654BNDWBSS
MFG # GPP-RL-C65-4BND-WB-SS
Login or Register to view pricing and availability
Add to Cart

*Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability
---|---|---|---

Add to Cart | Add to Cart | Add to Cart | Add to Cart

 |  |  | 

**Global Classic 22" P-Rail 1.625" O.D .049 | GPP-RL-C49-PR22-S...**
Part # GPPRLC49PR22SS2A
MFG # GPP-RL-C49-PR22-SS -2A

**Global RipTide Slide Left Turn Gray | GPPSRT-GREY-L**
Part # GPPSRTGREYL
MFG # GPPSRT-GREY-L

**Global Tsunami Slide Sand | GPPSTS-SAND**
Part # GPPSTSSAND
MFG # GPPSTS-SAND

**Global Classic 30" Figure 4 Handrail Polished .049 Set of 2...**
Part # GPPRLC4930FIG4P2
MFG # GPP-RL-C49-30FIG4-SS-2

*Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability

Add to Cart | Add to Cart | Add to Cart | Add to Cart

 |  |  | 

**GPP S L C P Series Battery Skf | ACT23CS-2**
Part # GPPACT23CS2
MFG # ACT23CS-2

**GPP Classic Figure 4 30" Handrail Polished .049 | RLC4930FIG4SS**
Part # GPPRLC4930FIG4SS
MFG # GPP-RL-C49-30FIG4-SS

**GPP C-375 Portable W/ Tri Pt Anchor And Port Kit Global Lift C-375...**
Part # GPPC375TPAPK
MFG # C375TPAPK

**C-375 Pool Lift W/Tri Pt Anchor | C375TPA**
Part # GPPC375TPA
MFG # C375TPA

*Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability

Add to Cart | Add to Cart | Add to Cart | Add to Cart

 |  |  | 

**6' Gx6 Diving Board - White | GPP-DB-GX6-W**
Part # GPPDBGX6W
MFG # GPP-DB-GX6-W

**375 Lift Cover | GLCPCE**
Part # GPPGLCPCE
MFG # GLCPCE

**P375 Lift With Anchor Sleeve | P375SL**
Part # GPPP375SL
MFG # P375SL

**3 Bolt Base For 8' Board White W/ Jig | GPP-DB-3B8-W**
Part # GPPDB3B8W
MFG # GPP-DB-3B8-W

*Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability | *Login* or *Register* to view pricing and availability

TEXAS POOL SUPPLY

**GPP S L C P Series Battery Skf | ACT23CS-2**

**Part #** GPPACT23CS2
**MFG #** ACT23CS-2

*Login or Register to view pricing and availability*

Add to Cart

**GPP Classic Figure 4 30" Handrail Polished .049 | RLC4930FIG4SS**

**Part #** GPPRLC4930FIG4SS
**MFG #** GPP-RL-C49-30FIG4-SS

*Login or Register to view pricing and availability*

Add to Cart

**GPP C-375 Portable W/ Tri Pt Anchor And Port Kit Global Lift C-375...**

**Part #** GPPC375TPAPK
**MFG #** C375TPAPK

*Login or Register to view pricing and availability*

Add to Cart

**C-375 Pool Lift W/Tri Pt Anchor | C375TPA**

**Part #** GPPC375TPA
**MFG #** C375TPA

*Login or Register to view pricing and availability*

Add to Cart

**6' Gx6 Diving Board - White | GPP-DB-GX6-W**

**Part #** GPPDBGX6W
**MFG #** GPP-DB-GX6-W

*Login or Register to view pricing and availability*

Add to Cart

TEXAS POOL SUPPLY

**375 Lift Cover | GLCPCE**

**Part #** GPPGLCPCE
**MFG #** GLCPCE

*Login or Register to view pricing and availability*

Add to Cart

**P375 Lift With Anchor Sleeve | P375SL**

**Part #** GPPP375SL
**MFG #** P375SL

*Login or Register to view pricing and availability*

Add to Cart

**3 Bolt Base For 8' Board White W/ Jig | GPP-DB-3B8-W**

**Part #** GPPDB3B8W
**MFG #** GPP-DB-3B8-W

*Login or Register to view pricing and availability*

Add to Cart

1 2 ... 5 Next →

**About Heritage**

Become a Customer

**Resources**

Sitemap

**Policies & Info**

Terms & Conditions of Sale

**Contact Us**

Your Branch:
Texas Pool Supply
**Branch Hours:**
Monday-Friday 8AM-5PM EST
**Branch Phone:**
Heritage Supply
customersupport@heritagepoolplus.com

Copyright © 2023 Heritage Pool Supply Group, Inc. All rights reserved.





