# EXHIBIT C

🔒 PageVault

| | |
|---|---|
| Document title: | Locations |
| Capture URL: | https://tps.heritagepoolplus.com/storelocator/ |
| Page loaded at (UTC): | Wed, 07 Feb 2024 18:38:14 GMT |
| Capture timestamp (UTC): | Wed, 07 Feb 2024 18:38:40 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | 8jp2gNoGuzGzpxgeH26aUM |
| User: | banner-cking |

PDF REFERENCE #:     wMnvz2SqgD4pxCocWJ4Qze



# Locations

**Your Location**
Zip / City, State

**Radius**
25 Miles

Search

Detect My Location



## Locations near you

### TEXAS POOL SUPPLY N AUSTIN
16300 CENTRAL COMMERCE DR #4
PFLUGERVILLE, TX 78660
(512) 251-0400
Get Directions

### TEXAS POOL SUPPLY HOUSTON
10621 S SAM HOUSTON PARKWAY
HOUSTON, TX 77071
(281) 568-1113
Get Directions

### TEXAS POOL SUPPLY S AUSTIN
4117 COMMERCIAL CENTER DR STE 100
AUSTIN, TX 78744
(512)-707-0109
Get Directions

### TEXAS POOL SUPPLY SAN ANTONIO NORTH
15501 CAPITAL PORT
SAN ANTONIO, TX 78249
(210) 479-0032
Get Directions

### TEXAS POOL SUPPLY FT WORTH
7500 BAKER BLVD STE 130
RICHLAND HILLS, TX 76118
(817)-755-1844
Get Directions

### TEXAS POOL SUPPLY SAN ANTONIO SOUTH
10000 JONES MALTSBERGER RD BLDG 1
SAN ANTONIO, TX 78216
210-660-3657
Get Directions



| | | |
|---|---|---|
| (210) 476-9662<br>➤ Get Directions | (817) 406-4644<br>➤ Get Directions | 78216<br>210-660-3657<br>➤ Get Directions |
| **TEXAS POOL SUPPLY PLANO**<br>1800 10TH ST #100<br>PLANO, TX 75074<br>(972)-265-8212<br>➤ Get Directions | **TEXAS POOL SUPPLY ROUND ROCK**<br>106 E OLD SETTLER BLVD STE 110 BLDG D<br>ROUND ROCK, TX 78664<br>(512)-879-5000<br>➤ Get Directions | **TEXAS POOL SUPPLY SOUTH KATY**<br>1410 VANDER WILT LN<br>KATY, TX 77449<br>(281)-944-0117<br>➤ Get Directions |
| **TEXAS POOL SUPPLY CONROE**<br>16928 DONWICK DR<br>CONROE, TX 77385<br>(936)-273-9600<br>➤ Get Directions | **TEXAS POOL SUPPLY FRISCO**<br>10550 JOHN W ELLIOTT DR STE 100<br>FRISCO, TX 75033-2009<br>(469)-946-0426<br>➤ Get Directions | **TEXAS POOL SUPPLY EL PASO**<br>1516 E SAN ANTONIO ST<br>EL PASO, TX 79901<br>(915)-532-1483<br>➤ Get Directions |
| **TEXAS POOL SUPPLY MIDLAND**<br>8110 WEST COUNTY RD 116<br>MIDLAND, TX 79706<br>(432)-561-5294<br>➤ Get Directions | **TEXAS POOL SUPPLY CORPUS CHRISTI**<br>650 Flato Road<br>Corpus Christi, TX 78408<br>361-884-8830<br>➤ Get Directions | **TEXAS POOL SUPPLY LAREDO**<br>5806 EAST DRIVE, WAREHOUSE #1<br>LAREDO, TX 78041<br>(956)-724-4345<br>➤ Get Directions |
| **TEXAS POOL SUPPLY NORTH KATY**<br>2737 W GRAND PARKWAY N, SUITE B<br>KATY, TX 77449<br>(281)-645-9822<br>➤ Get Directions | **TEXAS POOL SUPPLY COLLEGE STATION**<br>1595 SEBESTA ROAD<br>COLLEGE STATION, TX 77845<br>(979)-535-5100<br>➤ Get Directions | |

**About Heritage**

Become a Customer

**Resources**

Sitemap

**Policies & Info**

Terms & Conditions of Sale

**Contact Us**

Your Branch:
Texas Pool Supply
Branch Hours:



| | | |
|---|---|---|
| 1800 10TH ST #100 PLANO, TX 75074 (972)-265-8212 *Get Directions* | 100 E OLD SETTLERS BLVD STE 110 BLDG D ROUND ROCK, TX 78664 (512)-879-5000 *Get Directions* | 1410 VANDER WILT LN KATY, TX 77449 (281)-944-0117 *Get Directions* |
| **TEXAS POOL SUPPLY CONROE** 16928 DONWICK DR CONROE, TX 77385 (936)-273-9600 *Get Directions* | **TEXAS POOL SUPPLY FRISCO** 10550 JOHN W ELLIOTT DR STE 100 FRISCO, TX 75033-2009 (469)-946-0426 *Get Directions* | **TEXAS POOL SUPPLY EL PASO** 1516 E SAN ANTONIO ST EL PASO, TX 79901 (915)-532-1483 *Get Directions* |
| **TEXAS POOL SUPPLY MIDLAND** 8110 WEST COUNTY RD 116 MIDLAND, TX 79706 (432)-561-5294 *Get Directions* | **TEXAS POOL SUPPLY CORPUS CHRISTI** 650 Flato Road Corpus Christi, TX 78408 361-884-8830 *Get Directions* | **TEXAS POOL SUPPLY LAREDO** 5806 EAST DRIVE, WAREHOUSE #1 LAREDO, TX 78041 (956)-724-4345 *Get Directions* |
| **TEXAS POOL SUPPLY NORTH KATY** 2737 W GRAND PARKWAY N, SUITE B KATY, TX 77449 (281)-645-9822 *Get Directions* | **TEXAS POOL SUPPLY COLLEGE STATION** 1595 SEBESTA ROAD COLLEGE STATION, TX 77845 (979)-535-5100 *Get Directions* | |

**About Heritage**
Become a Customer

**Resources**
Sitemap

**Policies & Info**
Terms & Conditions of Sale

**Contact Us**

Your Branch:
Texas Pool Supply
Branch Hours:
Monday-Friday 8AM-5PM EST
Branch Phone:
Heritage Supply

customersupport@heritagepoolplus.com

Copyright © 2023 Heritage Pool Supply Group, Inc. All rights reserved.