# EXHIBIT D

## U.S. District Court — Judicial Caseload Profile

**TEXAS SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 14,894 | 18,215 | 16,372 | 16,272 | 15,112 | 14,363 | | |
| | | Terminations | 14,189 | 16,658 | 16,459 | 16,228 | 15,338 | 14,416 | | |
| | | Pending | 13,079 | 14,675 | 14,636 | 14,900 | 14,679 | 14,592 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -3.6 | -21.1 | -12.3 | -11.7 | -5.0 | | 80 | 8 |
| | | Number of Judgeships | 19 | 19 | 19 | 19 | 19 | 19 | | |
| | | Vacant Judgeship Months [2] | 26.1 | 34.5 | 8.1 | 0.0 | 8.9 | 23.3 | | |
| **Actions per Judgeship** | Filings | Total | 784 | 959 | 862 | 856 | 795 | 756 | 12 | 2 |
| | | Civil | 329 | 373 | 335 | 313 | 323 | 341 | 40 | 7 |
| | | Criminal Felony | 358 | 491 | 459 | 454 | 378 | 325 | 3 | 2 |
| | | Supervised Release Hearings | 97 | 95 | 68 | 90 | 94 | 90 | 7 | 1 |
| | Pending Cases [2] | | 688 | 772 | 770 | 784 | 773 | 768 | 18 | 4 |
| | Weighted Filings [2] | | 585 | 703 | 619 | 632 | 606 | 577 | 21 | 6 |
| | Terminations | | 747 | 877 | 866 | 854 | 807 | 759 | 7 | 2 |
| | Trials Completed | | 26 | 23 | 18 | 20 | 25 | 23 | 21 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.9 | 4.4 | 4.2 | 5.1 | 4.9 | 4.7 | 2 | 1 |
| | | Civil [2] | 7.6 | 7.5 | 8.1 | 8.8 | 8.8 | 7.9 | 28 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 18.9 | 23.9 | 20.3 | 22.4 | 29.1 | 23.7 | 7 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 370 6.7 | 326 5.6 | 313 5.5 | 308 5.7 | 327 6.0 | 334 5.7 | 23 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 44.4 | 49.9 | 48.6 | 39.5 | 42.1 | 42.2 | | |
| | | Percent Not Selected or Challenged | 37.6 | 40.8 | 36.9 | 29.8 | 34.7 | 35.9 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 6,472 | 116 | 73 | 1,119 | 19 | 305 | 294 | 1,356 | 1,025 | 337 | 743 | 3 | 1,082 |
| Criminal [1] | 6,180 | 16 | 736 | 4,482 | 326 | 228 | 96 | 92 | 2 | 13 | 24 | 107 | 58 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**MICHIGAN EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 5,449 | 5,068 | 4,415 | 4,064 | 4,031 | 4,287 | | |
| | Terminations | | 5,523 | 5,398 | 4,254 | 3,995 | 4,429 | 4,427 | | |
| | Pending | | 6,226 | 5,118 | 5,309 | 5,396 | 5,036 | 4,878 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -21.3 | -15.4 | -2.9 | 5.5 | 6.4 | | 37 | 3 |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months [2] | | 12.0 | 12.0 | 2.6 | 9.0 | 12.9 | 31.8 | | |
| **Actions per Judgeship** | Filings | Total | 363 | 338 | 294 | 271 | 269 | 286 | 83 | 9 |
| | | Civil | 276 | 260 | 241 | 203 | 207 | 220 | 69 | 7 |
| | | Criminal Felony | 65 | 59 | 41 | 50 | 41 | 46 | 70 | 9 |
| | | Supervised Release Hearings | 22 | 18 | 13 | 18 | 21 | 20 | 68 | 9 |
| | Pending Cases [2] | | 415 | 341 | 354 | 360 | 336 | 325 | 77 | 8 |
| | Weighted Filings [2] | | 331 | 324 | 278 | 266 | 255 | 279 | 80 | 8 |
| | Terminations | | 368 | 360 | 284 | 266 | 295 | 295 | 83 | 9 |
| | Trials Completed | | 11 | 12 | 7 | 7 | 11 | 12 | 60 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.9 | 10.4 | 9.6 | 15.0 | 16.6 | 15.9 | 60 | 7 |
| | | Civil [2] | 8.6 | 8.6 | 9.0 | 10.2 | 9.2 | 8.5 | 40 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 28.0 | 29.1 | 31.0 | - | 50.4 | 49.7 | 51 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,018 20.7 | 349 9.0 | 340 8.5 | 378 9.8 | 419 11.4 | 385 10.7 | 48 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.2 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 61.8 | 62.9 | 42.5 | 67.0 | 76.8 | 49.4 | | |
| | | Percent Not Selected or Challenged | 52.1 | 51.3 | 40.8 | 51.1 | 56.5 | 45.7 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,297 | 140 | 31 | 665 | 22 | 44 | 242 | 411 | 293 | 167 | 740 | 7 | 535 |
| Criminal [1] | 684 | - | 125 | 59 | 226 | 135 | 32 | 47 | 5 | 7 | 8 | 20 | 20 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."