# EXHIBIT E

# Southwest Pool & Spa Show — February 14-17, 2024

Exhibits Open: February 15-17, 2024

Henry B. Gonzalez Convention Center | Hall 4 | San Antonio, TX

## Floor Plan / Exhibitor Booth Listing

Education Sponsored By: SCP Distributors LLC

Lunches Sponsored By: Global Pool Products

Registration Sponsored By: HFS

**Booth 100s (row along left side):**
- Byrd Moreton Associates / Southwest 100
- Swimables 108
- Superior Pumps 110
- Waterway Plastics 112
- Design Cast 114
- Texrite 116
- PoolBook.net 118
- Wise Software 120
- Cover Care.net 125 / Wet Edge Tech 123
- COVER Timberworks 129 / Pool PEP LLC 226
- Classic Pool Tile & Stone 133 / Riptide Vacuums 234 / Clifford Estes 232
- IPSSA Installation 139 / IPSSA 239

**Booth 200s:**
- Primate Pool Tools 101 / AquaCal 200
- Riverflow Pools 103 / HOLD 204
- King Technologies 105 / LeakTronics 206
- US Gunite & Plaster 107 / 206
- Micro Glass LLC 212 / DesignWork Tile / Cool Pool Products LLC 210/111
- Paythepoolman 218 / WS Tiles 216
- Floating Luxuries 117
- Spa Electrics Inc. 227 / Aquabella Tile 326
- ecoFINISH LLC 223 / JobTread Software 322 / BioLab 320 / PAL Lighting LLC
- HIDE Skimmer Covers 221
- Distinct Stone Solutions 219 / National Pool Route Sales 318
- California Pool Association 215
- Podium 213 / Aqua Creek Products 312 / Higginbotham 410
- Stone-Mart 209 / Universal White Cement 308
- Pool Brain
- Industrial Test Systems 235 / Altto Glass USA LLC 334
- Periodic Products Inc. 233 / Haviland Pool & Spa 332
- Mountjoy Aquatics 335 / Pool Magazine 333 / QCA Spas Inc. 432
- Silver Algaedyn 240 / Texas Web Design 338
- Pool Sage 339 / Pool Safety USA 340

**Booth 400s:**
- Pentair 201
- IMG 301
- Viking Capital 327 / Advanced Pool Technologies LLC 428 / C.L. Industries 426
- Republic Fire Bowls 422 / Piranha Pool Products
- EasyCare Products 321 / Skimmer 416
- Cutco Cutlery 319 / Tara Pool & Outdoor Products 317
- Aqua Technics Pools 433
- Liberty Tile Supply 429 / SGM Inc. 528
- Eeziblue 427 / Aquamatic Pool Covers 526
- Sinteplast 439 / 440
- Watershape University 539
- Aspen Spas 533
- Modern Moulding 637
- The Grit Game 638
- Aqua Comfort Water Group 639
- Oxygen Water 640
- American Fiberglass Pools 738

**Booth 500s/600s:**
- Fluidra 401
- Lyon Financial 419
- Texas Pool Supply 411
- Prism Hardscape 529 / Cardinal Systems, Inc. 422
- Intermatic 527 / IPS Controllers 626
- Solar Sun Rings 523 / Diversitech 622
- Murrine Mosaics, Inc 521 / LaMotte Company 620
- Aquastar Pool Products 519 / Saftron 618
- Pebble Technology 529 / LOU Powered By Evosus 730
- NPC 627 / Renewal By Anderson 726
- Blue Square Manufacturing LLC 625 / Solenis 724

**Booth 700s:**
- Pool Corp 600
- Hayward Pool Products 700
- Raypak 711
- Sunbelt Hot Tubs 611
- HFS Financial 617
- Aiper 733
- Ultimate Pool Tools 729 / WEK 828
- Aqua Magazine 727 / Basecrete 826
- Miracote 725 / Oatey 824
- Clyr Pool 723 / Westlake Pipe & Fittings Colonial Valves 822
- Jack's Magic Products 721 / AQUASALT 820

**Booth 800s/900s:**
- QDI Surfaces 801
- Global Pool Products 811
- Speck Pumps 817
- Stetson Development 835 / Anderson Mfg. Co. 833
- Pool Service Software 833 / Artistry Mosaics 732
- BWT 635 / PHTA/GENESIS 734
- PMM Products 829 / Pool Pal USA 928
- Poolside Tech 823 / Filbur 922
- Maytronics 840
- Hydra Pools 939
- Coyote Abrasives 1038 / 1040
- Pool Corp 1138
- Magen eco-Energy US 932
- Goldstone HVACR 935 / Filter Preaux 933 / Celtric Hot Tubs 1032
- Barrier Reef Pools 1033 / Leaf Filter 1134 / 1132
- Timber Stoves 929 / EMZ Industries
- Air Supply 927 / Advanced Aquarium 1024 / Slick Rock 926 / Solenis
- ZEO 925 / CCEI USA 1022
- Ocean Blue / White 1020 / Nidec/U.S. Motors 1018
- US Seal MFG 921 / Plungie 1020
- Century Motors 917 / Mini Bucket 1016
- Coyote Abrasives 1029 / Val-Pak 1027 / Aquabond 1128 / 1126

**Booth 1000s:**
- H2 Flow 1008 / Camereye 1006
- Carvin 1004 / Gulf Stream 1002 / SPW 1000
- Black Stone 1009 / Purity 1007 / Pyrock 1010 / Corona 1008
- Top Fires / Outdoor Plus 1001
- Ledge Lounger 1013
- The Stellar Zone
- Stoneline Houston, LLC 1019
- AECC / San Juan Pools 1125
- Ashland Pump 1121
- Great American 1119 / Buss 1117a / A-B 1117b
- Kelly 1115b / PAC 1115a
- Praher 1113b / M-P 1113a
- GSG 1111b / IPS 1111a
- Spillway Pool Products 1107
- Pool RX 1105
- Swim Soil 1103
- Tile Doctor 1101

**Other areas:**
- Cafe' (left side)
- Technical Theatre (right side)
- Mechanical Room H61
- OFFICE H62
- EXHIBITOR ENTRANCE ONLY
- REGISTRATION
- ENTRANCE (bottom center)
- FIRE EXIT / HALL 4B ENTRANCE
- ELECTRICAL ROOM HC21
- BOOTH SEATING AREA
- BENCH SEATING
- UTILITIES not available for client use