# EXHIBIT F

🔒 Page Vault

| | |
|---|---|
| Document title: | You searched for Ledge - Pool Warehouse |
| Capture URL: | https://www.poolwarehouse.com/?s=Ledge+ |
| Page loaded at (UTC): | Wed, 07 Feb 2024 21:10:14 GMT |
| Capture timestamp (UTC): | Wed, 07 Feb 2024 21:10:54 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 5mvRRTDaecbGMQvrgeiLz5 |
| User: | banner-cking |

PDF REFERENCE #:     iR8QECLdTmpSPAtojfbp9e

# PoolWarehouse

Ledge  🔍   Log In   🛒 Cart   📞 800-515-1747

Inground Pool Kits ▾ | Semi-inground Pools | Above Ground Pools ▾ | Pool Liners ▾ | Pool Covers ▾ | Pool Equipment & Accessories ▾ | Outdoor Living

## Product Categories

- ☐ Pool Plumbing Supplies 345
- ☐ Pool Filter Parts 318
- ☐ Pool Pump Parts 303
- ☐ Pool Cleaner Parts 300
- ☐ Pool Kit Construction Supplies 269
- ☐ Pool Heater Parts 121
- ☐ Swimming Pool Sanitation 87
- ☐ Round Pool Kits 61
- ☐ Grill Accessories 51
- ☐ Pool Lighting Parts 49
- ☐ Replacement Pool Filter Cartridges 40
- ☐ Swimming Pool Covers 38
- ☐ Pool Furniture 37
- ☐ Oval Pool Kits 32
- ☐ Air Components and Jets 31

## 🔍 Ledge
2,325 results found in 10ms


Global Tanning Ledge Lounge Chair - 2 Pack
Starting At: $1595


Pretium Top Ledge Cover
$23


Pretium Ledge Cover - Lower (straight section)
$7


Pretium Ledge Cover Lower (round section)
$13


Mt Loch Above Ground Pool Replacement Top Ledge
Starting At: $96


20 x 45 x 36 L Shaped Pool Kit With Tanning Ledge Step
From: $13735


20 x 45 x 30 L Shaped Pool Kit With Tanning Ledge Step
From: $13475


20 x 41 x 30 L Shaped Pool Kit With Tanning Ledge Step
From: $12630


18 x 43 x 30 L Shaped Pool Kit With Tanning Ledge Step
From: $12635


18 x 43 x 28 L Shaped Pool Kit With Tanning Ledge Step
From: $12640


16 x 41 x 32 L Shaped Pool Kit With Tanning Ledge Step
From: $12185


16 x 41 x 26 L Shaped Pool Kit With Tanning Ledge Step
From: $12140


16 x 37 x 26 L Shaped Pool Kit With Tanning Ledge Step
From: $11730


14 x 31 x 20 L Shaped Pool Kit With Tanning Ledge Step
From: $10735


Swimming Pool Kit Tanning Ledge


16 x 32 x 26 True L In-ground Swimming Pool Kit with Tanning


What is a Swimming Pool Safety Ledge


Woosah Splash In-Pool Chair
Starting At:


Woosah Splash In-Pool Chair - 2 Pack
Starting At:


Dash Splash Bench with 2" Umbrella Hole
Starting At:

---

Document title: You searched for Ledge - Pool Warehouse
Capture URL: https://www.poolwarehouse.com/?s=Ledge+
Capture timestamp (UTC): Wed, 07 Feb 2024 21:10:54 GMT





16 x 32 x 26 True L In-ground Swimming Pool Kit with Tanning Ledge

From: $11095

What is a Swimming Pool Safety Ledge

Woosah Splash In-Pool Chair

Starting At: $1049.99

Woosah Splash In-Pool Chair - 2 Pack

Starting At: $1629.99

Dash Splash Bench with 2" Umbrella Hole

Starting At: $539.99

1 2 3 4 5 6 7 › »

## Why Choose Pool Warehouse?

Learn more about us >

What are our customers saying?

Read Customer Reviews >

Join our email list for sales, project ideas, and more.

johndoe@example.com Sign Up

Follow us for additional project ideas, installation videos and much more

Document title: You searched for Ledge - Pool Warehouse
Capture URL: https://www.poolwarehouse.com/?s=Ledge+
Capture timestamp (UTC): Wed, 07 Feb 2024 21:10:54 GMT

