# EXHIBIT G

## Page Vault

| | |
|---|---|
| Document title: | (1) Facebook |
| Capture URL: | https://www.facebook.com/photo/?fbid=852905350175786&set=pcb.852905690175752 |
| Page loaded at (UTC): | Wed, 07 Feb 2024 20:43:40 GMT |
| Capture timestamp (UTC): | Wed, 07 Feb 2024 20:44:15 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | ah4FQ8SqRvaAB16ZxohMfa |
| User: | Banner-ERoberts |



**Meet Brant Rydberg**, a seasoned professional with an impressive 25-year track record in the pool industry. As the Southern Regional Sales Manager at Global Pool Products, he brings a wealth of knowledge and expertise to the table.

His journey began at Leslie's Pool Supplies, where he honed his skills before taking a leap and establishing his own successful company. There, he offered top-notch services, maintenance, and remodels, all while maintaining a strong focus on delivering outstanding customer experiences.

Passionate about providing unparalleled customer service, comprehensive training, and in-depth product knowledge, Brant is a true advocate for client satisfaction. His dedication and commitment to excellence have earned him recognition as Regional Manager of the Year on three separate occasions during his tenure at S.R. Smith/Fluidra, where he spent the last decade.

He shares his life in Fort Worth, TX, with his wife, Rebeca. Together, they have three children.

**Brant Rydberg - Southern Regional Sales Manager**