# EXHIBIT I

PageVault

| | |
|---|---|
| Document title: | Our Territory - WEK & Associates |
| Capture URL: | https://wekreps.com/our-territory/ |
| Page loaded at (UTC): | Thu, 08 Feb 2024 15:25:51 GMT |
| Capture timestamp (UTC): | Thu, 08 Feb 2024 15:26:34 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | c59FYSpqZ8if4nCuvj5QSP |
| User: | banner-cking |

PDF REFERENCE #:     tz7s9qxwrzgJNrXQeWNJT2





**Questions?**
(830) 598-1381

FIND A WEK REP NOW

Home | Our Team | Our Territory | Our Lines | For Manufacturers | Wholesale Distributors | Latest News | Contact

## Our Territory



Click Here to meet our Corporate Office Team

## Error thrown

Call to undefined function get_field()