**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LEDGE LOUNGER, INC. | § § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:23−cv−04258 |
| | § | |
| GLOBAL LIFT CORP. | § § § | |
| Defendant. | § | |

**NOTICE OF SETTING**

A Status Conference has been set in this matter for 12:30 PM on 4/26/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1603195595?pwd=TzB1aTNFcVJuSzBKSVJpLzczUVcvUT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 319 5595
Meeting Password: 397976

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 4/24/2024                     Kimberly Picota
                                    cm4147@txs.uscourts.gov
                                    Case Manager to
                                    U.S. District Judge George C. Hanks, Jr.